## United States District Court
### Violation Notice

CVB Location Code: MW3

Citation Number: 6658902
Officer Name (Print): A. Clarke
Officer No.: 625

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 7-19-19 / 1619
Offense Charged: 18 USC B / C83-303

Place of Offense: C+O Canal NHP — Cumberland Valley Hiker Biker

Offense Description: Assault 2nd degree

**DEFENDANT INFORMATION**
Last Name: Ice Jr.
First Name: Robert
M.I.: W.

A. ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B. ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

YOUR COURT DATE

X Defendant Signature

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 7-19, 20 19 while exercising my duties as a law enforcement officer in the Western District of Maryland

I was advised of a park visitor who had been assaulted by her long time boyfriend and transported to Meritus hospital. I met with the victim who alleged that on prior days, Ice had assaulted her in the park by striking her in the face, and striking her twice in the abdomen, resulting in 3 distinct bruises. The victim stated that she was in fear for her safety and wanted to press charges.

The foregoing statement is based upon:
☐ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 7-19-19
Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident